JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

KRISTINE MARTIN,                    )   Case No. 8:21-cv-01187-GJS
                                    )
          Plaintiff,                )
                                    )   JUDGMENT OF REMAND
vs.                                 )
                                    )
KILOLO KIJAKAZI, Acting             )
Commissioner of Social Security,    )
                                    )
          Defendant.                )
_____)

 The Court, having approved the parties' Stipulation to Voluntary Remand
Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment
of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
above-captioned action is remanded to the Commissioner of Social Security for further
proceedings consistent with the Stipulation to Remand.


DATED: February 25, 2022            _____

                                    HON. GAIL J. STANDISH
                                    UNITED STATES MAGISTRATE JUDGE